**Order issued October 6, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00716-CV

---

### IN RE ROBERT CARTER HIGLEY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-32442**

## MEMORANDUM OPINION

Before this court is an emergency motion filed by relator Robert Carter Higley to instruct the trial court to stay all proceedings relating to discovery of attorney communications until this mandamus proceeding is resolved. After considering the motion, this court hereby temporarily stays all proceedings relating to discovery of attorney communications, including the trial court's show cause hearing scheduled for October 10, 2022, pending resolution of relator's motion. Real party in interest Robert Allen Higley is directed to file a response to the motion within **7 days** of the date of this order.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Hassan.